# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1598
LT Case No. 2024-CA-005901

_____

JOY JONES,

    Appellant,

    v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Jessie L. Harrell, of The Harrell Firm, Jacksonville, for
Appellant.

Warren B. Kwavnick, of The Law Office of Warren B. Kwavnick,
PLLC, Pembroke Pines, for Appellee.

February 24, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————